BRUCE C. YOUNG, ESQ., NV Bar # 5560
SCOTT H. BARBAG, ESQ., NV Bar # 14164
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Bruce.Young@lewisbrisbois.com
Scott.Barbag@lewisbrisbois.com

Attorneys for Defendant Sunrise MountainView
Hospital, Inc. d/b/a MountainView Hospital

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN R. DETHEROW, an individual<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE MOUNTAINVIEW HOSPITAL, INC., a Nevada corporation, d/b/a MountainView Hospital<br><br>Defendant. | CASE NO. 2:18-cv-00166-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Kathryn R. Detherow and Defendant Sunrise MountainView Hospital, Inc. d/b/a MountainView Hospital, by and through their respective attorneys of record, having agreed to resolve this matter, hereby stipulate to dismiss, with prejudice, the entire action and all claims set forth in Plaintiff's Complaint (ECF No. 1).

///

///

///

///

///

///

4815-3952-4199.1

The parties further agree that they will each bear their own costs and attorneys' fees.

DATED this 29th day of May, 2018.　　　DATED this 29th day of May, 2018.

LEWIS BRISBOIS BISGAARD & SMITH, LLP　　　THE URBAN LAW FIRM

/s/ Michael A. Urban
_____
Bruce C. Young, Esq.
Scott H. Barbag, Esq.

Michael A. Urban, Esq.
Sean W. McDonald, Esq.

Attorneys for Defendant

Attorneys for Plaintiff

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 30, 2018.